# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

ROGER GONZALES,

    Plaintiff,

    v.

WELLS FARGO BANK, N.A., et al.,

    Defendants.

Case No. 13-cv-02447-SI

**ORDER DIRECTING DEFENDANT WELLS FARGO TO FILE SUR-REPLY BY NOON ON MARCH 1, 2017**

    Plaintiff's motion to enforce the settlement agreement is scheduled for a hearing on March 3, 2017. Plaintiff did not provide a copy of the settlement agreement with his motion, nor does the motion specify how Wells Fargo allegedly breached the settlement agreement. Wells Fargo's opposition argues, *inter alia*, that plaintiff has failed to demonstrate any breach of the contract because of a failure of proof. In his reply papers, plaintiff states that Wells Fargo breached the settlement agreement by failing to forgive portions of his loan balance, for a total of $86,953.47. Plaintiff also filed a declaration in support of the reply brief which includes, *inter alia*, a copy of the settlement agreement and bank and loan statements.

    The Court directs defendant to file a sur-reply by **noon on March 1, 2017**, addressing whether Wells Fargo has breached the settlement agreement by failing to forgive any portion of plaintiff's loan balance.

    **IT IS SO ORDERED**.

Dated: February 23, 2017

                                                  SUSAN ILLSTON
                                                  United States District Judge